BARTLETT A. HINSON AND JOSEPH HINSON, AS EXECUTORS OF HADLEY HINSON, DECEASED, APPELLANTS, VS. WILLIAM FARRIOR AND JOSEPH FARRIOR, LATE PARTNERS AS FARRIOR BROTHERS, AND WILLIAM FARRIOR, AS EXECUTOR OF HADLEY HINSON, DECEASED, APPELLEES.

Appeal from Circuit Court Washington county.

*D. L. McKinnon,* for Appellants.

*Benjamin S. Liddon,* for Appellees.

The bill in this case was filed by the appellants against the appellees. There was decree for the defendants and the complainants appeal. The decree is affirmed.

Decision Per Curiam.

(Mr. Justice Carter, being disqualified in this case, took no part in the consideration thereof.)